In the Matter of the Claim of JOHN LUOMA, Respondent, against SPEARIN, PRESTON & BURROWS, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted January 4, 1954; decided January 21, 1954.

*John P. Smith* for motion.

*Nathaniel L. Goldstein, Attorney-General* (*John J. Quinn* and *Roy Wiedersum* of counsel), opposed.

Motion dismissed upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.